ATLANTIC COMPANY, Plaintiff, v. JARLL REALTY CORP. et al., Defendants. In the Matter of the Arbitration between FROST ELECTRIC, INC., Appellant, and AARON T. CORPORATION, Respondent.—

884

Herlihy, P. J., Reynolds, Greenblott, Cooke and Simons, JJ., concur.